## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**GILBERTO RUELAS, JR.**                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 5:24-CV-5129**

**CHIEF OF POLICE JONATHAN BEST**                                                       **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 11) filed in this case on October 30, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 19th day of November, 2024.

> /s/ Timothy L. Brooks
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE